**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
MARIE MCCRARY (State Bar No. 262670)
marie@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

JS-6

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN MILLAM on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | Case No.: 5:22-cv-01090-SSS-SPx<br><br>ORDER GRANTING DISMISSAL |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is and remains DISMISSED WITH PREJUDICE as to all Plaintiff's claims, causes of action, and parties, and WITHOUT PREJUDICE as to all putative class member claims, with each party bearing their own attorneys' fees and costs. The Clerk is directed to close the file.

DATED: October 12, 2022

_____

Hon. Sunshine S. Sykes
U.S. District Judge